**FILED**

**JUL 12 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Hues Plaintiff,

v.

CIA Defendant.

No. C 05-01476 MJJ

**PRETRIAL ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

**TRIAL DATE**: Monday, 9/18/2006 at 8:30 a.m., Courtroom 11, 19th floor.

**TRIAL LENGTH** is estimated to be 1 days.  (✓) jury   ( ) court

**PRETRIAL CONFERENCE DATE**: Tuesday 9/5/2006 at 3:30 p.m.
(Counsel who intend to try the case must attend the pretrial conference.  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial to conform to the attached instructions.)

**DISCOVERY LIMITS**:
- Depositions:   Pltf. 10   Def. 10
- Interrogs:     Pltf. 30   Def. 30
- Doc. Req.:     Pltf. 30   Def. 30
- Req. Adm.:     Pltf. 30   Def. 30

(Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below)

**NON-EXPERT DISCOVERY CUTOFF** is: 5/26/2006

**DESIGNATION OF EXPERTS**: 6/2/2006   Pltf. 4   Def. 4
**EXPERT REPORTS**: 6/9/2006
**DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS**: 6/23/2006
**SUPPLEMENTAL/REBUTTAL REPORTS**:
Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

**EXPERT DISCOVERY CUTOFF** is. 7/7/2006

**DISPOSITIVE MOTIONS SHALL be heard by**: 8/8/2006

**SETTLEMENT CONFERENCE** shall be held before Magistrate Judge, and scheduled to take place Spero 8/2006

**FURTHER STATUS CONFERENCE**: at 2:00 p.m.

**ADDITIONAL ORDERS**:

_____

**PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.**

Dated: 7/12/2005

MARTIN J. JENKINS
United States District Judge