MONTGOMERY G. FRANKEL
Attorney at Law (State Bar # 156971)
1304 Oak Avenue
St. Helena, CA 94574
Tel: (707) 963-8150
Fax: (707) 963-0434

Attorney for Plaintiff W. LAMONT HICKS

**FILED**

DEC 2 1 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. LAMONT HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CULINARY INSTITUTE OF<br>AMERICA,   Defendant | No. C 05-01476 MJJ<br><br>**REQUEST FOR DISMISSAL** |

TO THE CLERK OF THE COURT: Please dismiss this entire action, with prejudice, including plaintiff's complaint, each side to bear its own costs except as set forth in the Settlement Agreement and Mutual Release executed by the parties herein.

Dated: October 11, 2005

_/s/ Monte Frankel_

MONTGOMERY G. FRANKEL
Attorney for Plaintiff
W. LAMONT HICKS

IT IS SO ORDERED

_/s/ Martin J. Jenkins_

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

12/21/2005

REQUEST FOR DISMISSAL -1-   DATE